UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON SULLIVAN,<br><br>         Plaintiff,<br><br>   v.<br><br>ADULT CORRECTIONAL HEALTH<br>CARE CENTER, et al.,<br><br>         Defendants. | No. 2: 22-cv-1572 KJN P<br><br><br><br>ORDER |

Plaintiff is proceeding without counsel with this civil rights action. The parties consented to the jurisdiction of the undersigned. (ECF No. 26.)

A court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.[1]

////

////

---

[1] Plaintiff's address of record is at the California Rehabilitation Center ("CRC"). Records from the California Department of Corrections and Rehabilitation ("CDCR") reflect that plaintiff is no longer incarcerated within CDCR.

1

1       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
2 for failure to prosecute. See Local Rule 183(b).
3 Dated: June 29, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7 Sull1572.dis

2